UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| Vickie McFarland, Individually and as Personal Representative of the Estate of Mamie Harvley,<br><br>Plaintiff,<br><br>vs.<br><br>Magnolia Manor-Greenwood, Magnolia Manor of Greenwood a/k/a THI of South Carolina at Greenwood, LLC, THI of South Carolina, LLC, Fundamental Clinical and Operation Services, LLC and THI of Baltimore, Inc.,<br><br>Defendants. | 8:15-cv-04201-TMC<br>8:15-cv-04202-TMC<br><br>**PETITION FOR SETTLEMENT APPROVAL** |

Please find the attached Petition.

Harbin & Burnett, LLP


 s/ Jennifer Burnett
Jennifer Spragins Burnett, Federal Bar No. 07994
2124 North Highway 81 (29621)
PO Box 35
Anderson, SC 29622
Tel:     (864) 964-0333
Fax:    (864) 964-0930
*Attorneys for Plaintiff*